GENERAL THEATRES, Inc., a Corporation, et al., v. METRO–GOLDWYN–MAYER DISTRIBUTING CORPORATION, a Corporation, et al.

No. 1210.

Circuit Court of Appeals, Tenth Circuit.

Aug. 17, 1936.

Ewing, Arnold & Weinberger, of Denver, Colo., for appellants.

Thomas J. Morrissey, U. S. Atty., and Hodges, Wilson & Vidal, all of Denver, Colo., for appellees.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed on stipulations.

Charles GINSBERG v. CONTINENTAL CASUALTY COMPANY.

No. 1434.

Circuit Court of Appeals, Tenth Circuit.

Aug. 17, 1936.

Cass M. Herrington, of Denver, Colo., for appellant.

Arthur H. Laws, of Denver, Colo., for appellee.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed on application of appellant.

R. S. GOFORTH et al. v. Guy T. HELVERING, Commissioner of Internal Revenue.

No. 1469.

Circuit Court of Appeals, Tenth Circuit.

Aug. 17, 1936.

Chas. H. Garnett, of Oklahoma City, Okl., for petitioner.

Robert H. Jackson, Asst. Atty. Gen., for respondent.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Petition for review dismissed on motion of petitioners.

In the Matter of Mary Mulholland GUNDER, Debtor.

164 EAST 72ND STREET CORPORATION v. Mary Mulholland GUNDER.

No. 5907.

Circuit Court of Appeals, Seventh Circuit.

July 7, 1936.

Joseph Otis, of New York City, Samuel Feiwell, of South Bend, Ind., and Walter Wade, of Chicago, Ill., for appellant.

Howard H. Gunder and William E. Voor, both of South Bend, Ind., and Julius Moses, of Chicago, Ill., for appellee.

Before EVANS and SPARKS, Circuit Judges.

PER CURIAM.

It is ordered by the court that the supplemental petition of 164 East 72nd Street Corporation, filed June 29, 1936, for leave to appeal from an order of the District Court of the United States for the Northern District of Indiana, entered in this matter on April 27, 1936, be, and the same is hereby, denied.